# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR J. TORRES,<br><br>        Petitioner,<br><br>    v.<br><br>NEIL McDOWELL, Warden,<br><br>        Respondent. | Case No. CV 16-7244-JLS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed, nor has Petitioner filed a request for a <u>Kelly</u> stay. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Petitioner's motion to stay is denied, the Petition is dismissed as partially unexhausted, and Judgment be entered dismissing this action with prejudice.

DATED: November 13, 2017

                                    JOSEPHINE L. STATON
                                    U.S. DISTRICT JUDGE