# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR J. TORRES,<br><br>        Petitioner,<br><br>        v.<br><br>NEIL McDOWELL, Warden,<br><br>        Respondent. | Case No. CV 16-7244-JLS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 13, 2017

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE